565 A.2d 1164

**Dale ROMAN, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Appellee.**

Supreme Court of Pennsylvania.

Submitted Sept. 26, 1989.

Decided Nov. 14, 1989.

Richard E. Gordon, Grossinger & Gordon, Pittsburgh, for appellant.

Clifford Blaze, Deputy Chief Counsel, Carol A. Shaffner, Secretary, Unemployment Compensation Bd. of Review, Harrisburg, for appellee.

258

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

The order of the Commonwealth Court is reversed on the basis of our holding in *Poola v. Commonwealth, Unemployment Compensation Board of Review*, 520 Pa. 562, 555 A.2d 97 (1989).